UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 4:21-cv-10054-KMM

VANESSA SANCHEZ,

    Plaintiff,

v.

WESTCARE FOUNDATION, INC.,
a Foreign Not-for-Profit Corporation,

    Defendant.
_____/

## JOINT NOTICE OF SETTLEMENT

Plaintiff, VANESSA SANCHEZ and Defendant, WESTCARE FOUNDATION, INC., (collectively, the "Parties"), hereby advise the Court that the parties have reached an agreement to settle the instant case pending execution of a settlement agreement. The Parties will file a Stipulation dismissing the Action with prejudice once the settlement agreement is executed, which they reasonably expect to do no later than thirty (30) days from the date of this Notice. Accordingly, the Parties respectfully request that the Court vacate all currently set dates and deadlines.

| | |
|---|---|
| */s/ Peter M. Hoogerwoerd* | */s/ Arianne B. Suarez* |
| **PETER M. HOOGERWOERD, ESQ.** | **ARIANNE B. SUAREZ, ESQ.** |
| Florida Bar No.: 188239 | Florida Bar No. 143529 |
| pmh@rgpattorneys.com | absuarez@mc-atty.com |
| **REMER & GEORGES-PIERRE, PLLC** | **McGUINNESS & CICERO** |
| 44 West Flagler Street, Suite 2200 | 1000 Sawgrass Corporate Parkway, Suite 590 |
| Miami, Florida 33130 | Sunrise, Florida 33323 |
| Telephone: (305) 416-5000 | Telephone: (954) 626-5022 |
| Facsimile: (305) 416-5005 | Facsimile: (954) 838-8842 |
| *Attorneys for Plaintiff, Vanessa Sanchez* | *Attorneys for Defendant, Westcare Foundation, Inc.* |

**CERTIFICATE OF SERVICE**

    I HEREBY CERTIFY that on November 24, 2021, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    */s/ Arianne B. Suarez*
Arianne B. Suarez, Esq.
Florida Bar No.: 143529