UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 4:21-cv-10054-KMM

VANESSA SANCHEZ,

    Plaintiff,

v.

WESTCARE FOUNDATION, INC.,
a Foreign Not-for-Profit Corporation,

    Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

    Plaintiff, VANESSA SANCHEZ, and Defendant, WESTCARE FOUNDATION, INC., through their respective undersigned counsel and pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, hereby jointly stipulate to the dismissal of this entire action, with prejudice, each party to bear their own attorneys' fees and costs.


| | |
|---|---|
| */s/ Peter M. Hoogerwoerd* | */s/ Arianne B. Suarez* |
| **PETER M. HOOGERWOERD, ESQ.** | **ARIANNE B. SUAREZ, ESQ.** |
| Florida Bar No.: 188239 | Florida Bar No. 143529 |
| pmh@rgpattorneys.com | absuarez@mc-atty.com |
| **REMER & GEORGES-PIERRE, PLLC** | **McGUINNESS & CICERO** |
| 44 West Flagler Street, Suite 2200 | 1000 Sawgrass Corporate Parkway, Suite 590 |
| Miami, Florida 33130 | Sunrise, Florida 33323 |
| Telephone: (305) 416-5000 | Telephone: (954) 626-5022 |
| Facsimile: (305) 416-5005 | Facsimile: (954) 838-8842 |
| *Attorneys for Plaintiff, Vanessa Sanchez* | *Attorneys for Defendant, Westcare Foundation, Inc.* |

**CERTIFICATE OF SERVICE**

      I hereby certify that on January 12, 2022, I electronically filed the foregoing through the CM/ECF system and also certify that the foregoing document is being served this day on all counsel of record or *pro se* parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronic Notices of Electronic Filing.

                      By:  /s/Arianne B. Suarez
                               Arianne B. Suarez, Esquire
                               Florida Bar No: 143529

**SERVICE LIST**

Peter M. Hoogerwoerd, Esq.
pmh@rgpattorneys.com
**REMER & GEORGES-PIERRE, PLLC**
44 West Flagler Street, Suite 2200
Miami, Florida 33130
*Attorneys for Plaintiff, Vanessa Sanchez*
Via Notices of Electronic Filing generated by CM/ECF

          By: /s/Arianne B. Suarez
            Arianne B. Suarez, Esquire
            Florida Bar No: 143529